# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TUAN ANH TRIEU,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-4876** |
| | : | |
| **LAUREN SPOTTS,** | : | |
|     **Defendant.** | : | |

## ORDER

AND NOW, this 5th day of March, 2025, upon consideration of Tuan Anh Trieu's Amended Complaint (ECF Nos. 10, 12), it is **ORDERED** that:

1. Trieu's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum. The Court concludes that leave to amend would be futile.

2. The Clerk of Court shall **CLOSE** this case.

                                                **BY THE COURT:**

                                                /s/ Juan R. Sánchez
                                            **JUAN R. SÁNCHEZ, J.**